UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TONYA MANN | CIVIL ACTION NO. 24-cv-318 |
| VERSUS | JUDGE EDWARDS |
| CITY OF BOSSIER ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Tonya Mann, on behalf of her minor daughters, alleges that on March 4, 2023 several law enforcement officers violated the civil rights of Jason Mattingly, Jr. This civil action was commenced when a pro se complaint signed by Ms. Mann was received in the Lafayette division clerk's office on March 4, 2024. Attorney Glenn McGovern sent the complaint to the Lafayette Division clerk's office with a letter that explained that he does not represent the plaintiffs and is merely assisting with the filing process. He sent the complaint by FedEx on Friday, March 1, 2024, and it arrived in the clerk's office for filing on Monday, March 4, 2024. The filing fee was paid, and this civil action number was assigned.

Meanwhile, a substantially similar copy of the complaint, also signed by Ms. Mann, was filed in the Shreveport Division clerk's office on March 1, 2024 by an individual who filed it over the counter and presented a filing fee. This "double filing" caused confusion, so court staff contacted Mr. McGovern's office and spoke with Attorney Andrew Mayberry, who then contacted Ms. Mann. Both Ms. Mann and Mr. Mayberry separately called the court afterward to explain that the complaint filed in the Lafayette division was

filed as intended, and the copy filed in the Shreveport division was tendered by a family member without their knowledge.

The clerk of court is directed to file in this civil action the complaint received in the Shreveport Division and note in the docket entry that it is an extra original of the complaint and that the original complaint (Doc. 1) governs for all purposes unless otherwise ordered by the court. The clerk of court is further directed to refund the filing fee that accompanied this second complaint to the person who tendered that payment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 11th day of March, 2024.

Mark L. Hornsby
U.S. Magistrate Judge